IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                  No.4:02CV00354 JMM

CALVIN D. GEORGE AND
MARSHA GEORGE, Husband and Wife                             DEFENDANTS

## ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the report of sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on December 19, 2002.  It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Lonoke County, Arkansas, for four consecutive weeks, the last publication being on May 13, 2010, and that the said sale was held at the Lonoke County Courthouse, Lonoke, Arkansas, on May 17, 2010, at 10:00 a.m., in conformity with the judgment of this Court.  At such sale, Rural Development, U.S. Department of Agriculture, was the highest and best bidder for the property, and the property was then sold to the said Rural Development, U.S. Department of Agriculture.

At such sale Rural Development, U.S. Department of Agriculture, bid the sum of $76,936.00, and that being the highest and best bid offered, the property was then sold to Rural Development, U.S. Department of Agriculture.

IT IS, THEREFORE, ORDERED that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the buy back by the United States of America, U.S. Department of Agriculture, Rural Development should be approved.  The expense items reported by the United States Marshal in the amount of $66.00 is hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto.  The Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand.  The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchaser Rural Development, U.S. Department of Agriculture in possession of the property.

DATED: 1/28/11

_____
UNITED STATES DISTRICT JUDGE